Chapter 13

In re: **Stephen Roberts**　　　**Jennifer Roberts**　　　Case No. **02-14140-JNF**
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　　　　　　　　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

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 16 Bonnie Brier Circle Hingham, MA | 100% | | $ 300,000.00 | $ 245,240.00 |
| | | Total ➤ | $ 300,000.00 | |

(Report also on Summary of Schedules.)

Schedule A - Page 1 of 1

DOCKETED

3

In re  **Stephen Roberts**          **Jennifer Roberts**            Case No.   **02-14140-JNF**
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                          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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | cash | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Quincy Credit Union | | 1,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household goods | | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | | 100.00 |
| 7. Furs and jewelry. | | jewelry | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(k) | H | 5,000.00 |
| | | 403(b) | W | 800.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

Schedule B Page 1 of 3

| In re | Stephen Roberts | Jennifer Roberts | Case No. | 02-14140-JNF |
|---|---|---|---|---|
| | 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 | 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 | | |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | 1987 Dodge | H | 300.00 |
| | | 1992 Ford wagon | W | 500.00 |
| | | 2000 Ford wagon | | 14,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

| In re | Stephen Roberts | Jennifer Roberts | Case No. | 02-14140-JNF |
|---|---|---|---|---|
| | 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 | 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 | | |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached     Total ➤     $ 26,800.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Stephen Roberts**          **Jennifer Roberts**          Case No. **02-14140-JNF**
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                         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

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 16 Bonnie Brier Circle | MGLA c.188 § 1 | 300,000.00 | 300,000.00 |
| 1987 Dodge | MGLA c.235 § 34(16) | 300.00 | 300.00 |
| 1992 Ford wagom | MGLA c.235 § 34(16) | 500.00 | 500.00 |
| 401(k) | MGLA c.235 § 34A | 5,000.00 | 5,000.00 |
| 403(b) | MGLA c.235 § 34A | 800.00 | 800.00 |
| clothing | MGLA c.235 § 34(1) | 100.00 | 100.00 |
| household goods | MGLA c.235 § 34(2) | 4,000.00 | 4,000.00 |
| Quincy Credit Union | MGLA c.235 § 34(15) | 500.00 | 1,500.00 |

Schedule C - Page 1 of 1

| In re: | Stephen Roberts | Jennifer Roberts | Case No. 02-14140-JNF |
|---|---|---|---|
| | 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 | 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 | |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 006677893<br>Countrywide Mortgage<br>PO Box 660625<br>Dallas, TX 75266 | | | Security Agreement<br>2nd mortgage<br><br>VALUE $300,000.00 | | | | 46,240.00 | 0.00 |
| ACCOUNT NO. 008257962<br>Countrywide Mortgage<br>PO Box 660625<br>Dallas, TX 75266 | | | Security Agreement<br>1st mortgage<br><br>VALUE $300,000.00 | | | | 199,000.00 | 0.00 |
| ACCOUNT NO.<br>Quincy Municipal Credit Union<br>380 Washington Street<br>Quincy, MA 02169 | | | Security Agreement<br>auto loan<br><br>VALUE $14,000.00 | | | | 16,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| Schedule D Page 1 | | Subtotal ➢ | $261,240.00 |
| | | Total ➢ | $261,240.00 |
| | | | (Report total also on Summary of Schedules) |

In re: **Stephen Roberts**  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    **Jennifer Roberts**  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    Case No. **02-14140-JNF**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

|  |  |
|---|---|
| Subtotal (Total of this page) ➤ | $0.00 |
| Total ➤ | $0.00 |

Schedule E Page 1 of 1

| In re: | Stephen Roberts  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 | Jennifer Roberts  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 | Case No. 02-14140-JNF |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 37216872253007  American Express  PO Box 1270  Newark, NJ  07101 | | | | | | | 1,355.00 |
| ACCOUNT NO. 371505983881003  American Express - Blue  PO Box 1270  Newark, NJ  07101 | | | | | | | 6,789.00 |
| ACCOUNT NO. 5424180401331761  Citibank Mastercard  PO Box 8102  South Hackensack, NJ  07606-8102 | | | | | | | 11,504.00 |
| ACCOUNT NO. 6019170017422749  GE Capital  PO Box 9001557  Louisville, KY  40290 | | | | | | | 1,629.00 |
| ACCOUNT NO. 149233-L142  Quincy Municipal Credit Union  Mastercard  380 Washington Street  Quincy, MA  02169 | | | | | | | 24,045.00 |

Schedule F Page 1

Subtotal (Total of this page) ➤ $45,322.00

| In re: | Stephen Roberts | Jennifer Roberts | Case No. | 02-14140-JNF |
|---|---|---|---|---|
| | 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 | 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 | | |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 149233-L002<br>Quincy Municipal Credit Union<br>380 Washington Street<br>Quincy, MA 02169 | | | | | | | 22,309.00 |
| ACCOUNT NO. 013586721<br>Sallie Mae<br>PO Box 4600<br>Wilkes Barre, PA 18773-4600 | | | | | | | 9,568.00 |
| ACCOUNT NO. 0185886641<br>Sallie Mae<br>PO Box 4600<br>Wilkes-Barre, PA 18773-4600 | | | | | | | 13,732.00 |

| | | |
|---|---|---|
| | Subtotal (Total of this page) ➢ | $45,609.00 |
| Schedule F Page 2 | Total ➢ | $90,931.00 |
| | | (Report total also on Summary of Schedules) |

| In re: | Stephen Roberts  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 | Jennifer Roberts  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 | Case No. 02-14140-JNF |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Schedule G - Page 1 of 1

| In re: **Stephen Roberts** | **Jennifer Roberts** | Case No. **02-14140-JNF** |
|---|---|---|
| **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** | **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** | |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Schedule H - Page 1 of 1

| In re | Stephen Roberts<br>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 | Jennifer Roberts<br>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 | Case No. 02-14140-JNF |
|---|---|---|---|

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: married | DEPENDENT'S OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:<br>Spouse's Age: | NAMES<br>2 children | AGE | RELATIONSHIP<br>ages 4 &12 |
| EMPLOYMENT: | DEBTOR | SPOUSE | |
| Occupation | Customer Service | R.N. | |
| How long employed | 2 years | 5 years | |
| Name and Address of Employer | Electronic Data Systems<br>Hingham, MA | B & W Hospital<br>Boston, MA | |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,163.00 | $ 4,257.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,163.00 | $ 4,257.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 323.00 | $ 1,118.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify)   Husband 401(k) | $ 430.00 | $ 0.00 |
| Wife 403(b) | $ 0.00 | $ 43.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 753.00 | $ 1,161.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,410.00 | $ 3,096.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 262.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) add back 401(k) | $ 430.00 | $ 0.00 |
| add back 403(b) | $ 0.00 | $ 43.00 |
| TOTAL MONTHLY INCOME | $ 1,840.00 | $ 3,401.00 |

TOTAL COMBINED MONTHLY INCOME $ 5,241.00         (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:              NONE

| In re **Stephen Roberts** | **Jennifer Roberts** | Case No. **02-14140-JNF** |
|---|---|---|
| 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 | 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 | |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,575.00 |
| Are real estate taxes included?  Yes ✓  No ___ | | |
| Is property insurance included?  Yes ✓  No ___ | | |
| Utilities  Electricity and heating fuel | $ | 230.00 |
| Water and sewer | $ | 65.00 |
| Telephone | $ | 60.00 |
| Other  **cable** | $ | 57.00 |
| Home Maintenance (Repairs and upkeep) | $ | 80.00 |
| Food | $ | 600.00 |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 80.00 |
| Medical and dental expenses  & prescriptions | $ | 110.00 |
| Transportation (not including car payments)  & repairs | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 140.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health  - disability | $ | 60.00 |
| Auto | $ | 190.00 |
| Other ___ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) ___ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 389.00 |
| Other ___ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other  **2nd mortgage** | $ | 500.00 |
| **child care** | $ | 340.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | **4,926.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 5,241.00 |
| B. Total projected monthly expenses | $ | 4,926.00 |
| C. Excess income (A minus B) | $ | 315.00 |
| D. Total amount to be paid into plan each ___Monthly___ (interval) | $ | 315.00 |

In re: Stephen Roberts
Jennifer Roberts
                                    Debtor(s)       Case No.
                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date 6/3/02       Signature: _Steve Roberts_
                                    Debtor

Date 6/3/02       Signature: _Jennifer K Roberts_
                  (Joint Debtor, if any) (If joint case, both spouses must sign.)

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer        Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date
        Signature: _____
        (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

# United States Bankruptcy Court
## District of Massachusetts

In re **Stephen Roberts**  
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

**Jennifer Roberts**  
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

Case No. **02-14140-JNF**  
Chapter **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 300,000.00 | | |
| B - Personal Property | YES | 3 | $ 26,800.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 261,240.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 90,931.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,241.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 4,926.00 |
| Total Number of sheets in ALL Schedules | | 13 | | | |
| Total Assets | | | $ 326,800.00 | | |
| Total Liabilities | | | | $ 352,171.00 | |